Gerrit M. Pronske
Texas Bar No. 16351640
Brandon J. Tittle
State Bar No. 24090436
PRONSKE & KATHMAN, PC
2701 Dallas Parkway, Suite 590
Plano, Texas 75093
Telephone: 214.658.6500
Facsimile: 214.658.6509
Email: gpronske@pronskepc.com
Email: btittle@pronskepc.com

**PROPOSED COUNSEL FOR DEBTOR
AND DEBTOR-IN-POSSESSION**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| **DOUGHERTY'S HOLDINGS, INC.** § | |
| § | CASE NO. 19-__32841__ |
| Debtor. § | |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the Debtor, certifies that the following are corporations, other than the Debtor, or a governmental unit, that directly or indirectly owns ten percent (10%) or more of any class of the Debtor's equity interests:

**Dougherty's Pharmacy, Inc. [Delaware]**
5924 Royal Lane, Suite 250
Dallas, TX 75230

Dated: August 28, 2019.

DOUGHERTY'S HOLDINGS, INC.

_____
Stewart Edington
President & Chief Executive Officer

CORPORATE OWNERSHIP STATEMENT – PAGE 1