ACQUISITION OPPORTUNITY OF PHARMACY IN DALLAS

Dougherty's Holdings, Inc. is selling its pharmacy located at 6090 Campbell Road, Suite 100, Dallas, Texas 75248 pursuant to a private sale and auction to be held on January 10, 2020 at 2:00 p.m. Interested purchasers must submit a minimum written bid of no less than $3,500,000.00 by 5:00 p.m. (CST) on January 9, 2020. Further, in order to participate in the January 10, 2020 auction, any interested purchaser must provide other information to be a "Qualified Bidder" including a deposit with the escrow agent of at least $175,000.00 by 5:00 p.m. (CST) on January 9, 2020. For more information, contact Dougherty's Holdings, Inc., Attn: Stewart Edington, 954-818-6813, sedington@doughertys.com, 5959 Royal Lane, Suite 515, Dallas, TX 75230

EXHIBIT D