Gerrit M. Pronske
Texas Bar No. 16351640
Brandon J. Tittle
Texas Bar No. 24090436
**PRONSKE & KATHMAN, P.C.**
2701 Dallas Parkway, Suite 590
Plano, Texas 75093
Telephone: 214.658.6500
Facsimile: 214.658.6509
Email: gpronske@pronskepc.com
Email: btittle@pronskepc.com

**COUNSEL FOR DEBTORS
AND DEBTORS-IN-POSSESSION**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 19-32841-hdh** |
| **DOUGHERTY'S HOLDINGS, INC.,** *et al.*,[1] | § | |
| | § | **Chapter 11** |
| Debtors. | § | **Jointly Administered** |

## SUPPLEMENT TO THE STATEMENT OF FINANCIAL AFFAIRS

TO THE HONORABLE HARLIN D. HALE,
UNITED STATES BANKRUPTCY JUDGE:

Dougherty's Holdings, Inc., ("Holdings") and its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby file their Supplement to the Statement of Financial Affairs, and would respectfully show the Court as follows:

1. The Debtors have attached as **Exhibit A** their proper response to question number 3 in the Statement of Financial Affairs.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtors' federal tax identifications number, are as follows: Dougherty's Holdings, Inc. (4393), Dougherty's Pharmacy, Inc. [Texas] (3187), Dougherty's Pharmacy Forest Park, LLC (6490); Dougherty's Pharmacy McAlester, LLC (1758); Dougherty's Pharmacy, Inc [Delaware] (0905). The mailing address for the Debtors, solely for purposes of notices and communications, is: 5924 Royal Lane, Suite 250, Dallas, Texas 75230, with copies to Pronske & Kathman, P.C., c/o Brandon J. Tittle, 2701 Dallas Parkway, Suite 590, Plano, Texas 75093.

2. The Debtors have attached as **Exhibit B** their proper response to question number 4 in the Statement of Financial Affairs.

Dated: January 31, 2020.

Respectfully submitted,

*/s/ Brandon J. Tittle*
Gerrit M. Pronske
Texas Bar No. 16351640
Brandon J. Tittle
Texas Bar No. 24090436
**PRONSKE & KATHMAN, P.C.**
2701 Dallas Parkway, Suite 590
Plano, Texas 75093
Telephone: 214.658.6500
Facsimile: 214.658.6509
Email: gpronske@pronskepc.com
Email: btittle@pronskepc.com

**COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that, on January 31, 2020, I caused to be served the foregoing pleading upon the parties on the Master Service List attached hereto via electronic and/or United States mail, first class delivery, and also via ECF email upon all parties accepting such service.

                                                   */s/ Brandon J. Tittle*
                                                   Brandon J. Tittle

# EXHIBIT A

# SOFA NO. 3

| Payment Number | Payment/ Reversal Date | Srce. Appl. | Rec. Status | Rec. Posted | Vendor/Payee Code | Payee Name | Bank Payment Amount |
|---|---|---|---|---|---|---|---|
| **Bank:1005 - First National Bank Southwest** | | | | | | | |
| **Payment Type:Check** | | | | | | | |
| 19064 | 05/30/19 | AP | OS | No | AFC150 | AFCO | 18,177.51 |
| 19065 | 05/30/19 | AP | OS | No | SOF410 | SOFTWRITERS, INC. | 7,112.13 |
| 19066 | 05/30/19 | AP | OS | No | TRA230 | TRAVELERS | 2,974.53 |
| 19067 | 05/31/19 | AP | OS | No | SPI100 | STANDARD PROCESS INC | 719.00 |
| 19068 | 05/31/19 | AP | CO | No | MED440 | MEDISCA, INC. | 0.00 |
| 19069 | 05/31/19 | AP | OS | No | MED440 | MEDISCA, INC. | 8,248.70 |
| 19070 | 05/31/19 | AP | OS | No | PRU150 | PRUDENTIAL OVERALL SUPPLY | 1,997.99 |
| 19071 | 05/31/19 | AP | OS | No | GIM100 | MOISES GIMENEZ | 5,000.00 |
| 19072 | 05/31/19 | AP | OS | No | VES400 | VES INTERNATIONAL TEXAS, INC | 2,429.01 |
| 19073 | 05/31/19 | AP | OS | No | SIG350 | SIGVARIS, INC. | 2,210.03 |
| 19074 | 05/31/19 | AP | OS | No | JAG225 | DROPOFF dba JAGUAR COURIER SERVICE, INC. | 3,863.56 |
| 19075 | 05/31/19 | AP | OS | No | PAT250 | SHUMIT PATEL | 4,583.69 |
| 19076 | 05/31/19 | AP | OS | No | EDI100 | STEWART EDINGTON | 6,043.20 |
| 19077 | 05/31/19 | AP | OS | No | AME825 | AMERINAT | 19,554.55 |
| 19078 | 06/03/19 | AP | OS | No | 595100 | 5952 ROYAL LIMITED PARTNERSHIP | 6,454.42 |
| 19079 | 06/03/19 | AP | OS | No | FED300 | FEDERAL HEATH SIGN CO LLC | 402.31 |
| 19080 | 06/03/19 | AP | OS | No | MCE075 | MCDEW HOLDINGS, LLC | 6,200.00 |
| 19081 | 06/03/19 | AP | OS | No | PUB300 | PUBLIC INDUSTRIAL/PROPERTY CO, INC. | 1,253.00 |
| 19082 | 06/03/19 | AP | OS | No | RPT180 | RP TEXAS MGMT, LLC | 6,767.77 |
| 19083 | 06/03/19 | AP | RV | Yes | AMR175 | AMREIT PRESTON ROYAL, LP FOR PRESTON ROYAL-WEST DEPT. #2611 | 53,250.57 |
| 19083 | 07/31/19 | AP | RV | Yes | AMR175 | AMREIT PRESTON ROYAL, LP FOR PRESTON ROYAL-WEST DEPT. #2611 | -53,250.57 |
| 19084 | 06/03/19 | AP | OS | No | GIM100 | MOISES GIMENEZ | 8,000.00 |
| 19085 | 06/03/19 | AP | OS | No | COL600 | COLUMBIA ADVISORY GROUP | 9,400.00 |
| 19086 | 06/04/19 | AP | OS | No | B&B100 | B&B MARKETING EXECUTION | 2,493.66 |
| 19087 | 06/04/19 | AP | OS | No | DOU100 | DOUGHERTY'S PHARMACY, INC. | 25.00 |
| 19088 | 06/04/19 | AP | OS | No | DOU100 | DOUGHERTY'S PHARMACY, INC. | 25.00 |
| 19089 | 05/31/19 | AP | OS | No | NUM100 | NUMEDICA | 943.25 |
| 19090 | 06/04/19 | AP | OS | No | EME250 | EMERSON ECOLOGICS, LLC | 877.19 |
| 19091 | 05/31/19 | AP | OS | No | PAT250 | SHUMIT PATEL | 9,307.03 |
| 19092 | 06/05/19 | AP | OS | No | DOU103 | DOUGHERTY'S SPRINGTOWN-PETTY CASH | 40,442.93 |
| 19093 | 06/05/19 | AP | OS | No | ADT600 | ADT SECURITY SERVICES | 63.77 |
| 19094 | 06/05/19 | AP | OS | No | SOU851A | AT&T | 861.61 |
| 19095 | 06/05/19 | AP | OS | No | SOU856 | AT&T MOBILITY | 148.77 |
| 19096 | 06/05/19 | AP | OS | No | COM040 | COMM-CORE LLC | 323.44 |
| 19097 | 06/05/19 | AP | OS | No | COM483 | COMPUTER RX | 4,704.44 |
| 19098 | 06/05/19 | AP | OS | No | ELP190 | EL PASO WATER SERVICES | 142.74 |
| 19099 | 06/05/19 | AP | OS | No | GRE352 | GREEN MOUNTAIN ENERGY | 2,465.19 |
| 19100 | 06/05/19 | AP | OS | No | MCA250 | MCALESTER AREA CHAMBER OF COMMERCE | 174.50 |
| 19101 | 06/05/19 | AP | OS | No | MIC100 | MICHAELS KEYS INC | 186.03 |
| 19102 | 06/05/19 | AP | OS | No | NET102 | NET-RX | 290.00 |
| 19103 | 06/05/19 | AP | OS | No | NIT120 | NITEL, INC. | 1,509.17 |
| 19104 | 06/05/19 | AP | OS | No | PUB315 | PUBLIC SERVICE COMPANY OF OKLAHOMA | 263.88 |
| 19105 | 06/05/19 | AP | OS | No | TEX530 | TEXAS MUTUAL INSURANCE COMPANY | 797.31 |
| 19106 | 06/05/19 | AP | OS | No | TRA230 | TRAVELERS | 1,820.50 |
| 19107 | 05/31/19 | AP | OS | No | DCS100 | DALLAS CLEANING SERVICES | 1,125.00 |
| 19108 | 06/07/19 | AP | OS | No | JAG225 | DROPOFF dba JAGUAR COURIER SERVICE, INC. | 3,438.76 |
| 19109 | 06/07/19 | AP | OS | No | DEL214 | DELTA DALLAS STAFFING, LP | 538.66 |
| 19110 | 06/07/19 | AP | OS | No | EME250 | EMERSON ECOLOGICS, LLC | 610.83 |
| 19111 | 06/07/19 | AP | OS | No | ADT600 | ADT SECURITY SERVICES | 59.25 |
| 19112 | 06/07/19 | AP | OS | No | GIM100 | MOISES GIMENEZ | 6,000.00 |
| 19113 | 06/14/19 | AP | OS | No | S&L100 | S&L PHARMACY INC. | 322.88 |
| 19114 | 06/14/19 | AP | OS | No | JAG225 | DROPOFF dba JAGUAR COURIER SERVICE, INC. | 2,857.26 |
| 19115 | 06/14/19 | AP | OS | No | DOU103 | DOUGHERTY'S SPRINGTOWN-PETTY CASH | 33,947.38 |
| 19116 | 06/14/19 | AP | OS | No | EDI100 | STEWART EDINGTON | 3,244.43 |
| 19117 | 06/14/19 | AP | OS | No | EDI100 | STEWART EDINGTON | 3,170.28 |
| 19118 | 06/14/19 | AP | OS | No | GOO356 | MARTY GOODING | 1,695.00 |
| 19119 | 06/17/19 | AP | OS | No | HAL185 | DR. JOHN HALEY/GARLAND EYE ASSOC PA | 4,000.00 |
| 19120 | 06/17/19 | AP | OS | No | DST100 | DST PHARMACY SOLUTIONS | 50.00 |
| 19121 | 06/19/19 | AP | OS | No | COM483 | COMPUTER RX | 1,747.71 |
| 19122 | 06/20/19 | AP | OS | No | PAT250 | SHUMIT PATEL | 8,634.83 |
| 19123 | 06/20/19 | AP | OS | No | EDI100 | STEWART EDINGTON | 3,331.38 |
| 19124 | 06/20/19 | AP | OS | No | PAT250 | SHUMIT PATEL | 9,907.26 |
| 19125 | 06/20/19 | AP | OS | No | EDI100 | STEWART EDINGTON | 9,771.63 |
| 19126 | 06/25/19 | AP | OS | No | BET380 | A BETTER ANSWER CALL CENTERS | 361.77 |
| 19127 | 06/25/19 | AP | OS | No | ADT600 | ADT SECURITY SERVICES | 303.31 |
| 19128 | 06/25/19 | AP | OS | No | AAD100 | ALL ABOUT DOORS | 284.16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---:|
| 19129 | 06/25/19 | AP | OS | No | TXU401 | ATMOS ENERGY | 159.08 |
| 19130 | 06/25/19 | AP | OS | No | CIN360 | CINTAS | 191.60 |
| 19131 | 06/25/19 | AP | OS | No | CIT825 | CITY OF DALLAS UTILITIES & SVC | 138.17 |
| 19132 | 06/25/19 | AP | OS | No | CIT920 | CITY OF MCALESTER | 10.00 |
| 19133 | 06/25/19 | AP | OS | No | COM040 | COMM-CORE LLC | 344.92 |
| 19134 | 06/25/19 | AP | OS | No | COM483 | COMPUTER RX | 4,518.58 |
| 19135 | 06/25/19 | AP | OS | No | DAL100 | DALLAS POLICE DEPT ALARM PERMIT COMPLIANCE UNIT | 300.00 |
| 19136 | 06/25/19 | AP | OS | No | DIS220 | DISCOVERY BENEFITS, INC. | 270.00 |
| 19137 | 06/25/19 | AP | OS | No | DOB130 | DOBSON TECHNOLOGIES | 135.00 |
| 19138 | 06/25/19 | AP | OS | No | WEB101 | ERX NETWORK | 764.21 |
| 19139 | 06/25/19 | AP | OS | No | HEA270 | FDS, Inc. | 297.73 |
| 19140 | 06/25/19 | AP | OS | No | GRE352 | GREEN MOUNTAIN ENERGY | 14.69 |
| 19141 | 06/25/19 | AP | OS | No | HOW650 | HOWELL SERVICE COMPANIES, INC. | 70.00 |
| 19142 | 06/25/19 | AP | OS | No | KMC130 | KMCO-FM | 690.00 |
| 19143 | 06/25/19 | AP | OS | No | MCA254 | MCALESTER NEWS CAPITAL | 836.00 |
| 19144 | 06/25/19 | AP | OS | No | MIC100 | MICHAELS KEYS INC | 1,034.17 |
| 19145 | 06/25/19 | AP | OS | No | MOO225 | MOOD MEDIA | 117.43 |
| 19146 | 06/25/19 | AP | OS | No | NIT120 | NITEL, INC. | 1,509.54 |
| 19147 | 06/25/19 | AP | OS | No | OMN180 | OMNISYS, LLC | 820.17 |
| 19148 | 06/25/19 | AP | OS | No | PDX100 | PDX, INC. | 980.72 |
| 19149 | 06/25/19 | AP | OS | No | POL125 | POLLOCK | 391.95 |
| 19150 | 06/25/19 | AP | OS | No | PRO652 | PRO-KIL PEST CONTROL | 75.00 |
| 19151 | 06/25/19 | AP | OS | No | PRO800 | PROTEX SERVICE,INC | 107.71 |
| 19152 | 06/25/19 | AP | OS | No | RXM100 | RX MESSAGE ON HOLD | 327.00 |
| 19153 | 06/25/19 | AP | OS | No | SCR250 | SCRIPTPRO USA, INC. | 4,077.87 |
| 19154 | 06/25/19 | AP | OS | No | SHR100 | SHRED-IT USA | 354.16 |
| 19155 | 06/25/19 | AP | OS | No | SOF410 | SOFTWRITERS, INC. | 2,286.81 |
| 19156 | 06/25/19 | AP | OS | No | SAO200 | STAT OVERNIGHT DELIVERY | 339.17 |
| 19157 | 06/25/19 | AP | OS | No | TEL101 | TELEMANAGER TECHNOLOGIES, INC. | 287.58 |
| 19158 | 06/25/19 | AP | OS | No | TIM280 | TIME WARNER CABLE | 221.00 |
| 19159 | 06/25/19 | AP | OS | No | TOG150 | TOG | 662.50 |
| 19160 | 06/25/19 | AP | OS | No | WWE100 | WORLDWIDE EXPRESS | 3,472.98 |
| 19161 | 06/25/19 | AP | OS | No | OKL150 | OKLAHOMA STATE BOARD OF PHARMACY | 180.00 |
| 19162 | 06/27/19 | AP | OS | No | TEX530 | TEXAS MUTUAL INSURANCE COMPANY | 1,594.62 |
| 19163 | 06/27/19 | AP | OS | No | TRA230 | TRAVELERS | 2,974.54 |
| 19164 | 06/27/19 | AP | OS | No | TRA230 | TRAVELERS | 1,820.50 |
| 19165 | 06/27/19 | AP | OS | No | AFC150 | AFCO | 18,177.51 |
| 19166 | 06/27/19 | AP | OS | No | XYM185 | XYMOGEN | 2,746.64 |
| 19167 | 06/27/19 | AP | OS | No | ASC320 | ASCENDANT SOLUTIONS | 18,684.85 |
| 19168 | 06/27/19 | AP | OS | No | XYM185 | XYMOGEN | 1,737.26 |
| 19169 | 06/28/19 | AP | OS | No | APE300 | APEX ENERGETICS | 827.36 |
| 19170 | 06/28/19 | AP | OS | No | COO115 | COOPER COMPLETE | 590.02 |
| 19171 | 06/28/19 | AP | OS | No | GOO356 | MARTY GOODING | 550.00 |
| 19172 | 06/28/19 | AP | OS | No | GRI215 | SAMUEL GRIFFITH | 1,870.10 |
| 19173 | 07/01/19 | AP | OS | No | AMR175 | AMREIT PRESTON ROYAL, LP FOR PRESTON ROYAL-WEST DEPT. #2611 | 53,250.57 |
| 19174 | 07/01/19 | AP | OS | No | 595100 | 5952 ROYAL LIMITED PARTNERSHIP | 6,282.38 |
| 19175 | 07/01/19 | AP | OS | No | RPT180 | RP TEXAS MGMT, LLC | 7,270.11 |
| 19176 | 07/01/19 | AP | OS | No | FED300 | FEDERAL HEATH SIGN CO LLC | 402.31 |
| 19177 | 07/01/19 | AP | OS | No | PUB300 | PUBLIC INDUSTRIAL/PROPERTY CO, INC. | 1,253.00 |
| 19178 | 07/01/19 | AP | OS | No | MCE075 | MCDEW HOLDINGS, LLC | 6,200.00 |
| 19179 | 06/30/19 | AP | OS | No | S&L100 | S&L PHARMACY INC. | 3,750.00 |
| 19180 | 06/30/19 | AP | OS | No | PAT250 | SHUMIT PATEL | 7,712.14 |
| 19181 | 06/30/19 | AP | OS | No | PAT250 | SHUMIT PATEL | 9,792.67 |
| 19182 | 06/30/19 | AP | OS | No | OZA125 | ANGELI OZA | 4,000.00 |
| 19183 | 06/30/19 | AP | OS | No | DCS100 | DALLAS CLEANING SERVICES | 2,040.00 |
| 19184 | 06/30/19 | AP | OS | No | EDI100 | STEWART EDINGTON | 5,907.93 |
| 19185 | 06/30/19 | AP | OS | No | BEI200 | BSN-JOBST, INC. | 4,217.14 |
| 19186 | 06/30/19 | AP | OS | No | ARL080 | ARL BIO PHARMACY, INC. | 350.00 |
| 19187 | 07/12/19 | AP | OS | No | JAS170 | JASON BAILEY | 5,070.79 |
| 19188 | 07/12/19 | AP | OS | No | EDI100 | STEWART EDINGTON | 5,552.10 |
| 19189 | 07/12/19 | AP | OS | No | PAT250 | SHUMIT PATEL | 4,111.35 |
| 19190 | 07/12/19 | AP | OS | No | SES280 | DANNA SESLER | 2,701.77 |
| 19191 | 06/30/19 | AP | OS | No | ASC320 | ASCENDANT SOLUTIONS | 5,000.00 |
| 19192 | 07/12/19 | AP | OS | No | JAG225 | DROPOFF dba JAGUAR COURIER SERVICE, INC. | 2,446.14 |
| 19193 | 07/12/19 | AP | OS | No | MET090 | METAGENICS, INC. | 2,512.72 |
| 19194 | 07/12/19 | AP | OS | No | TRI225 | TRINITY OPERATIONS LP | 3,236.73 |
| 19195 | 06/30/19 | AP | OS | No | ASC320 | ASCENDANT SOLUTIONS | 5,000.00 |
| 19196 | 07/15/19 | AP | OS | No | BET380 | A BETTER ANSWER CALL CENTERS | 171.51 |
| 19197 | 07/15/19 | AP | OS | No | ABL100 | ABLE ELECTRIC SERVICE, INC. | 435.71 |
| 19198 | 07/15/19 | AP | OS | No | ACE190 | ACE FIRE EXTINGUISHER CO. | 124.49 |
| 19199 | 07/15/19 | AP | OS | No | ADP350 | ADP SCREENING & SELECTION SVCS | 683.16 |
| 19200 | 07/15/19 | AP | OS | No | ADT600 | ADT SECURITY SERVICES | 306.33 |
| 19201 | 07/15/19 | AP | OS | No | AIR676 | AIRSCAN TECHNOLOGIES, INC. | 210.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---:|
| 19202 | 07/15/19 | AP | OS | No | SOU851A | AT&T | 684.81 |
| 19203 | 07/15/19 | AP | OS | No | SOU856 | AT&T MOBILITY | 183.55 |
| 19204 | 07/15/19 | AP | OS | No | BIT286 | BARRACUDA NETWORKS, INC. | 319.80 |
| 19205 | 07/15/19 | AP | OS | No | CGS100 | CGS ADMINISTRATORS, LLC | 85.46 |
| 19206 | 07/15/19 | AP | OS | No | CIT920 | CITY OF MCALESTER | 115.04 |
| 19207 | 07/15/19 | AP | OS | No | DAL100 | DALLAS POLICE DEPT ALARM PERMIT COMPLIANCE UNIT | 100.00 |
| 19208 | 07/15/19 | AP | OS | No | DOB130 | DOBSON TECHNOLOGIES | 135.00 |
| 19209 | 07/15/19 | AP | OS | No | WEB101 | ERX NETWORK | 754.63 |
| 19210 | 07/15/19 | AP | OS | No | HEA270 | FDS, Inc. | 22.41 |
| 19211 | 07/15/19 | AP | OS | No | FED275 | FEDERAL EXPRESS CORP | 109.15 |
| 19212 | 07/15/19 | AP | OS | No | FIL120 | FILE THIRTEEN | 35.00 |
| 19213 | 07/15/19 | AP | OS | No | GRA162 | GRAND TETON BOTTLING COMPANY | 43.71 |
| 19214 | 07/15/19 | AP | OS | No | GRE352 | GREEN MOUNTAIN ENERGY | 2,778.41 |
| 19215 | 07/15/19 | AP | OS | No | HAR130 | HARLEN JOHNSON HEATING AIR CONDITIONING | 757.75 |
| 19216 | 07/15/19 | AP | OS | No | HOW650 | HOWELL SERVICE COMPANIES, INC. | 70.00 |
| 19217 | 07/15/19 | AP | OS | No | ARK180 | L&T HEALTH SYSTEMS | 107.56 |
| 19218 | 07/15/19 | AP | OS | No | KNO290 | MIKE KNOWLES | 280.00 |
| 19219 | 07/15/19 | AP | OS | No | MOO225 | MOOD MEDIA | 117.43 |
| 19220 | 07/15/19 | AP | OS | No | OMN180 | OMNISYS, LLC | 369.13 |
| 19221 | 07/15/19 | AP | OS | No | PCC100 | PC CONNECTION SALES CORP | 286.65 |
| 19222 | 07/15/19 | AP | OS | No | PIT100 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | 370.42 |
| 19223 | 07/15/19 | AP | OS | No | PRO800 | PROTEX SERVICE,INC | 323.13 |
| 19224 | 07/15/19 | AP | OS | No | PUB315 | PUBLIC SERVICE COMPANY OF OKLAHOMA | 364.02 |
| 19225 | 07/15/19 | AP | OS | No | QUI125 | QUILL CORPORATION | 1,471.03 |
| 19226 | 07/15/19 | AP | OS | No | RXM100 | RX MESSAGE ON HOLD | 327.00 |
| 19227 | 07/15/19 | AP | OS | No | SCR250 | SCRIPTPRO USA, INC. | 4,909.65 |
| 19228 | 07/15/19 | AP | OS | No | SHR100 | SHRED-IT USA | 668.96 |
| 19229 | 07/15/19 | AP | OS | No | SOF410 | SOFTWRITERS, INC. | 2,198.16 |
| 19230 | 07/15/19 | AP | OS | No | TEL101 | TELEMANAGER TECHNOLOGIES, INC. | 207.00 |
| 19231 | 07/15/19 | AP | OS | No | TIM280 | TIME WARNER CABLE | 252.51 |
| 19232 | 07/15/19 | AP | OS | No | TOG150 | TOG | 662.50 |
| 19233 | 07/15/19 | AP | OS | No | VER300 | VERITY GROUP | 3,783.14 |
| 19234 | 07/15/19 | AP | OS | No | WWE100 | WORLDWIDE EXPRESS | 1,478.01 |
| 19235 | 06/30/19 | AP | OS | No | ASC320 | ASCENDANT SOLUTIONS | 4,500.00 |
| 19236 | 07/16/19 | AP | OS | No | BEI200 | BSN-JOBST, INC. | 3,882.41 |
| 19237 | 07/16/19 | AP | OS | No | KEY225 | KEYSOURCE ACQUISITIONS, LLC | 3,835.15 |
| 19238 | 07/16/19 | AP | OS | No | PAT250 | SHUMIT PATEL | 10,641.93 |
| 19239 | 07/18/19 | AP | OS | No | COO115 | COOPER COMPLETE | 465.80 |
| 19240 | 07/18/19 | AP | CO | No | IND349 | INDEPENDENCE MEDICAL | 0.00 |
| 19241 | 07/18/19 | AP | OS | No | IND349 | INDEPENDENCE MEDICAL | 4,872.66 |
| 19242 | 07/18/19 | AP | OS | No | MOS275 | DAWN MOSHIER | 10,000.00 |
| 19243 | 07/18/19 | AP | OS | No | EME250 | EMERSON ECOLOGICS, LLC | 608.72 |
| 19244 | 07/18/19 | AP | OS | No | GOO356 | MARTY GOODING | 1,814.88 |
| 19245 | 07/18/19 | AP | OS | No | POR200 | FREDERICK PORCHE | 408.00 |
| 19246 | 07/19/19 | AP | OS | No | JAG225 | DROPOFF dba JAGUAR COURIER SERVICE, INC. | 2,087.60 |
| 19247 | 07/19/19 | AP | OS | No | SPE350 | SPECTRUM PRINTING & PROMOTIONS | 814.16 |
| ONLINE | 07/01/19 | | | | | BLUE CROSS BLUE SHIELD OF TEXAS | 41,141.05 |
| ONLINE | 07/01/19 | | | | | BLUE CROSS BLUE SHIELD OF TEXAS | 2,100.44 |
| ONLINE | 07/01/19 | | | | | DEARBORN NATIONAL LIFE INSURANCE COMPANY | 3,581.03 |
| 19173 | 07/01/19 | | | | | AMREIT PRESTON ROYAL | 0.00 |
| 19174 | 07/01/19 | | | | | 5952 ROYAL LIMITED PARTNERSHIP | 6,282.38 |
| 19175 | 07/01/19 | | | | | RP TEXAS MGMT, LLC | 7,270.11 |
| 19176 | 07/01/19 | | | | | FEDERAL HEATH SIGN CO LLC | 402.31 |
| 19177 | 07/01/19 | | | | | PUBLIC INDUSTRIAL/PROPERTY CO, INC. | 1,253.00 |
| | 07/01/19 | | | | | Open AP | 31,500.00 |
| ACH | 07/05/19 | | | | | EXPONENT TECHNOLOGIES, INC. | 4,597.86 |
| ACH | 07/08/19 | | | | | AMERICA'S COURIER, INC. | 1,500.00 |
| ACH | 07/11/19 | | | | | EXPONENT TECHNOLOGIES, INC. | 130,267.41 |
| 19187 | 07/12/19 | | | | | JASON BAILEY | 5,070.79 |
| 19188 | 07/12/19 | | | | | STEWART EDINGTON | 5,552.10 |
| 19189 | 07/12/19 | | | | | SHUMIT PATEL | 4,111.35 |
| 19190 | 07/12/19 | | | | | DANNA SESLER | 2,701.77 |
| 19192 | 07/12/19 | | | | | DROPOFF dba JAGUAR COURIER SERVICE, INC. | 2,446.14 |
| 19193 | 07/12/19 | | | | | METAGENICS, INC. | 2,512.72 |
| 19194 | 07/12/19 | | | | | TRINITY OPERATIONS LP | 3,236.73 |
| ACH | 07/15/19 | | | | | PAIN PHARMACY GROUP, LLC | 4,605.00 |
| ACH | 07/15/19 | | | | | EXPONENT TECHNOLOGIES, INC. | 5,950.65 |
| 19196 | 07/15/19 | | | | | A BETTER ANSWER CALL CENTERS | 171.51 |
| 19197 | 07/15/19 | | | | | ABLE ELECTRIC SERVICE, INC. | 435.71 |
| 19198 | 07/15/19 | | | | | ACE FIRE EXTINGUISHER CO. | 124.49 |
| 19199 | 07/15/19 | | | | | ADP SCREENING & SELECTION SVCS | 659.29 |
| 19199 | 07/15/19 | | | | | ADP SCREENING & SELECTION SVCS | 23.87 |
| 19200 | 07/15/19 | | | | | ADT SECURITY SERVICES | 243.56 |
| 19200 | 07/15/19 | | | | | ADT SECURITY SERVICES | 62.77 |
| 19201 | 07/15/19 | | | | | AIRSCAN TECHNOLOGIES, INC. | 210.00 |

| | | | | |
|---|---|---|---|---|
| 19202 | 07/15/19 | | AT&T MOBILITY | 5.00 |
| 19202 | 07/15/19 | | AT&T 105414 | 99.53 |
| 19202 | 07/15/19 | | AT&T 105414 | 144.65 |
| 19202 | 07/15/19 | | AT&T 105414 | 440.63 |
| 19203 | 07/15/19 | | AT&T MOBILITY | 183.55 |
| 19204 | 07/15/19 | | BARRACUDA NETWORKS, INC. | 319.80 |
| 19205 | 07/15/19 | | CGS ADMINISTRATORS, LLC | 85.46 |
| 19206 | 07/15/19 | | CITY OF MCALESTER | 115.04 |
| 19207 | 07/15/19 | | DALLAS POLICE DPT ALARM PERMIT COMPLIANCE | 100.00 |
| 19208 | 07/15/19 | | DOBSON TECHNOLOGIES | 135.00 |
| 19209 | 07/15/19 | | ERX NETWORK | 754.63 |
| 19210 | 07/15/19 | | FDS, Inc. | 22.41 |
| 19211 | 07/15/19 | | FEDERAL EXPRESS CORP | 72.50 |
| 19211 | 07/15/19 | | FEDERAL EXPRESS CORP | 36.65 |
| 19212 | 07/15/19 | | FILE THIRTEEN | 35.00 |
| 19214 | 07/15/19 | | GREEN MOUNTAIN ENERGY | 2,778.41 |
| 19215 | 07/15/19 | | HARLEN JOHNSON HEATING AIR CONDITIONING | 757.75 |
| 19216 | 07/15/19 | | HOWELL SERVICE COMPANIES, INC. | 70.00 |
| 19217 | 07/15/19 | | L&T HEALTH SYSTEMS | 107.56 |
| 19218 | 07/15/19 | | MIKE KNOWLES | 280.00 |
| 19219 | 07/15/19 | | MOOD MEDIA | 117.43 |
| 19220 | 07/15/19 | | OMNISYS, LLC | 123.41 |
| 19220D | 07/15/19 | | OMNISYS, LLC | 123.51 |
| 19220D | 07/15/19 | | OMNISYS, LLC | 122.21 |
| 19221 | 07/15/19 | | PC CONNECTION SALES CORP | 286.65 |
| 19222 | 07/15/19 | | PITNEY BOWES GLOBAL FINANCIAL SVCS LLC | 189.89 |
| 19222D | 07/15/19 | | PITNEY BOWES GLOBAL FINANCIAL SVCS LLC | 180.53 |
| 19223 | 07/15/19 | | PROTEX SERVICE,INC | 215.42 |
| 19223 | 07/15/19 | | PROTEX SERVICE,INC | 107.71 |
| 19224 | 07/15/19 | | PUBLIC SERVICE COMPANY OF OKLAHOMA | 364.02 |
| 19225 | 07/15/19 | | QUILL CORPORATION | 1,471.03 |
| 19226 | 07/15/19 | | RX MESSAGE ON HOLD | 327.00 |
| 19227 | 07/15/19 | | SCRIPTPRO USA, INC. | 1,152.40 |
| 19227 | 07/15/19 | | SCRIPTPRO USA, INC. | 3,757.25 |
| 19228 | 07/15/19 | | SHRED-IT USA | 177.88 |
| 19228 | 07/15/19 | | SHRED-IT USA | 178.26 |
| 19228D | 07/15/19 | | SHRED-IT USA | 312.82 |
| 19229 | 07/15/19 | | SOFTWRITERS, INC. | 2,198.16 |
| 19230 | 07/15/19 | | TELEMANAGER TECHNOLOGIES, INC. | 207.00 |
| 19231 | 07/15/19 | | TIME WARNER CABLE | 252.51 |
| 19232 | 07/15/19 | | TOG | 662.50 |
| 19233 | 07/15/19 | | VERITY GROUP | 3,783.14 |
| 19234 | 07/15/19 | | WORLDWIDE EXPRESS | 1,478.01 |
| ACH | 07/16/19 | | AMERICA'S COURIER, INC. | 1,500.00 |
| ACH | 07/16/19 | | AMERISOURCEBERGEN | 1,881.10 |
| WIRE | 07/16/19 | | AMERISOURCEBERGEN | 4,442.76 |
| WIRE | 07/16/19 | | AMERISOURCEBERGEN | 555.43 |
| WIRE | 07/16/19 | | AMERISOURCEBERGEN | 323.40 |
| WIRE | 07/16/19 | | AMERISOURCEBERGEN | 9,215.93 |
| WIRE | 07/16/19 | | AMERISOURCEBERGEN | 276.60 |
| WIRE | 07/16/19 | | AMERISOURCEBERGEN | 12,845.51 |
| 391 | 07/16/19 | | KIRTON MCCONKIE | 416.00 |
| 19236 | 07/16/19 | | BSN-JOBST, INC. | 3,297.67 |
| 19236 | 07/16/19 | | BSN-JOBST, INC. | 584.74 |
| 19237 | 07/16/19 | | KEYSOURCE ACQUISITIONS, LLC | 3,835.15 |
| 19238 | 07/16/19 | | SHUMIT PATEL | 10,641.93 |
| REV ACH | 07/17/19 | | MCKESSON PHARMACY SYSTEMS | 75,039.19 |
| REV ACH | 07/17/19 | | MCKESSON PHARMACY SYSTEMS | 3,979.41 |
| REV ACH | 07/17/19 | | MCKESSON PHARMACY SYSTEMS | 54,351.69 |
| REV ACH | 07/17/19 | | MCKESSON PHARMACY SYSTEMS | 745.22 |
| REV ACH | 07/17/19 | | MCKESSON PHARMACY SYSTEMS | 75,567.43 |
| REV ACH | 07/17/19 | | MCKESSON PHARMACY SYSTEMS | 186.22 |
| | 07/17/19 | | | 15.00 |
| 19239 | 07/18/19 | | COOPER COMPLETE | 465.80 |
| 19241 | 07/18/19 | | INDEPENDENCE MEDICAL | 4,503.39 |
| 19241 | 07/18/19 | | INDEPENDENCE MEDICAL | 369.27 |
| 19243 | 07/18/19 | | EMERSON ECOLOGICS, LLC | 608.72 |
| 19244 | 07/18/19 | | MARTY GOODING | 1,814.88 |
| 19245 | 07/18/19 | | FREDERICK PORCHE | 408.00 |
| 19246 | 07/19/19 | | DROPOFF dba JAGUAR COURIER SERVICE, INC. | 2,087.60 |
| 19247 | 07/19/19 | | SPECTRUM PRINTING & PROMOTIONS | 692.26 |
| 19247 | 07/19/19 | | SPECTRUM PRINTING & PROMOTIONS | 121.90 |
| ACH | 07/19/19 | | AMEX | 7,125.84 |
| ACH | 07/22/19 | | EXPONENT TECHNOLOGIES, INC. | 6,664.04 |
| ACH | 07/22/19 | | EXPONENT TECHNOLOGIES, INC. | 23.45 |
| ACH | 07/22/19 | | EXPONENT TECHNOLOGIES, INC. | 258.17 |
| 99012 | 07/22/19 | | Charity D. Powe | 1,081.40 |
| 20000 | 07/23/19 | | NITEL, INC. | 1,486.90 |
| 20002 | 07/23/19 | | PDX, INC. | 1,785.46 |
| 20003 | 07/23/19 | | ADP SCREENING & SELECTION SVCS | 105.61 |

| | | | |
|---|---|---|---:|
| 20004 | 07/23/19 | ADT SECURITY SERVICES | 63.46 |
| 20005 | 07/23/19 | ATMOS ENERGY | 52.67 |
| 20006 | 07/23/19 | ATMOS ENERGY | 105.34 |
| 20007 | 07/23/19 | AT&T 5014 | 156.14 |
| 20008 | 07/23/19 | BARRACUDA NETWORKS, INC. | 159.90 |
| 20009 | 07/23/19 | CARENOW CORPORATE | 45.00 |
| 20010 | 07/23/19 | CITY OF DALLAS | 22.66 |
| 20011 | 07/23/19 | CITY OF DALLAS | 89.92 |
| 20012 | 07/23/19 | COMM-CORE LLC | 348.80 |
| 20013 | 07/23/19 | CONNECTION FINANCIAL SERVICES | 1,496.86 |
| 20014 | 07/23/19 | DISCOVERY BENEFITS, INC. | 135.00 |
| 20015 | 07/23/19 | DOBSON TECHNOLOGIES | 137.03 |
| 20016 | 07/23/19 | ERX NETWORK | 671.83 |
| 20017 | 07/23/19 | FDS, Inc. | 106.25 |
| 20018 | 07/23/19 | GREEN MOUNTAIN ENERGY | 18.09 |
| 20019 | 07/23/19 | MOOD MEDIA | 117.43 |
| 20020 | 07/23/19 | SCRIPTPRO USA, INC. | 745.84 |
| 20021 | 07/23/19 | SCRIPTPRO USA, INC. | 3,332.03 |
| 20022 | 07/23/19 | SOFTWRITERS, INC. | 2,286.81 |
| 20023 | 07/23/19 | TELEMANAGER TECHNOLOGIES, INC. | 395.85 |
| 20024 | 07/23/19 | TIME WARNER CABLE | 221.00 |
| 20025 | 07/23/19 | TOG | 662.50 |
| ACH | 07/24/19 | MICROSOFT CORPORATION | 878.10 |
| online | 07/24/19 | COMPTROLLER OF PUBLIC ACCOUNTS | 8,813.49 |
| ONLINE | 07/24/19 | COMPTROLLER OF PUBLIC ACCOUNTS | 581.35 |
| ONLINE | 07/24/19 | COMPTROLLER OF PUBLIC ACCOUNTS | 472.08 |
| ONLINE | 07/24/19 | COMPTROLLER OF PUBLIC ACCOUNTS | 211.70 |
| ONLINE | 07/24/19 | OKLAHOMA TAX COMMISSION | 317.07 |
| REV ACH | 07/24/19 | MCKESSON PHARMACY SYSTEMS | 81,900.06 |
| REV ACH | 07/24/19 | MCKESSON PHARMACY SYSTEMS | 4,506.54 |
| REV ACH | 07/24/19 | MCKESSON PHARMACY SYSTEMS | 59,997.74 |
| REV ACH | 07/24/19 | MCKESSON PHARMACY SYSTEMS | 276.53 |
| REV ACH | 07/24/19 | MCKESSON PHARMACY SYSTEMS | 97,083.92 |
| REV ACH | 07/24/19 | MCKESSON PHARMACY SYSTEMS | 388.92 |
| ACH | 07/25/19 | EXPONENT TECHNOLOGIES, INC. | 115,493.06 |
| ACH | 07/25/19 | EXPONENT TECHNOLOGIES, INC. | 18,694.75 |
| 20026 | 07/26/19 | PHILLIP MORENO | 600.00 |
| 20027 | 07/26/19 | SHUMIT PATEL | 8,794.54 |
| 20028 | 07/26/19 | STEWART EDINGTON | 5,552.10 |
| 20029 | 07/26/19 | SHUMIT PATEL | 4,111.36 |
| 20030 | 07/26/19 | JASON BAILEY | 5,070.79 |
| 20031 | 07/26/19 | MOISES GIMENEZ | 5,000.00 |
| ACH | 07/29/19 | EXPONENT TECHNOLOGIES, INC. | 5,305.86 |
| 20032 | 07/29/19 | EMERSON ECOLOGICS, LLC | 726.60 |
| 20033 | 07/29/19 | TRAVELERS | 2,974.54 |
| 20034 | 07/29/19 | TRAVELERS | 1,820.50 |
| 20035 | 07/29/19 | AFCO | 18,177.51 |
| 20036 | 07/30/19 | STEWART EDINGTON | 10,917.79 |
| 20040 | 07/30/19 | ASCENDANT SOLUTIONS | 20,000.00 |
| REV ACH | 07/31/19 | MCKESSON PHARMACY SYSTEMS | 103,119.04 |
| REV ACH | 07/31/19 | MCKESSON PHARMACY SYSTEMS | 3,360.52 |
| REV ACH | 07/31/19 | MCKESSON PHARMACY SYSTEMS | 68,343.93 |
| REV ACH | 07/31/19 | MCKESSON PHARMACY SYSTEMS | 583.25 |
| REV ACH | 07/31/19 | MCKESSON PHARMACY SYSTEMS | 103,284.82 |
| REV ACH | 07/31/19 | MCKESSON PHARMACY SYSTEMS | 431.62 |
| | 07/31/19 | EXPONENT HR | 2,483.78 |
| ACH | 08/02/19 | DEARBORN NATIONAL LIFE INSURANCE COMPANY | 3,607.37 |
| ACH | 08/02/19 | PAIN PHARMACY GROUP, LLC | 4,605.00 |
| 20037 | 08/02/19 | RP TEXAS MGMT, LLC | 7,270.11 |
| 20038 | 08/02/19 | 5952 ROYAL LIMITED PARTNERSHIP | 6,282.38 |
| 20039 | 08/02/19 | POSEY COMPANY | 0.00 |
| ONLINE | 08/05/19 | BLUE CROSS BLUE SHIELD OF TEXAS | 45,796.01 |
| ONLINE | 08/05/19 | BLUE CROSS BLUE SHIELD OF TEXAS | 2,100.44 |
| 20041 | 08/05/19 | ADP SCREENING & SELECTION SVCS | 0.00 |
| 20042 | 08/05/19 | DROPOFF dba JAGUAR COURIER SERVICE, INC. | 0.00 |
| 20043 | 08/05/19 | FEDERAL HEATH SIGN CO LLC | 0.00 |
| 20044 | 08/05/19 | PUBLIC INDUSTRIAL/PROPERTY CO, INC. | 1,253.00 |
| ACH | 08/07/19 | EXPONENT HR | 39,012.29 |
| REV ACH | 08/07/19 | MCKESSON PHARMACY SYSTEMS | 99,686.00 |
| REV ACH | 08/07/19 | MCKESSON PHARMACY SYSTEMS | 3,590.74 |
| REV ACH | 08/07/19 | MCKESSON PHARMACY SYSTEMS | 50,886.20 |
| REV ACH | 08/07/19 | MCKESSON PHARMACY SYSTEMS | 676.13 |
| REV ACH | 08/07/19 | MCKESSON PHARMACY SYSTEMS | 73,960.57 |
| REV ACH | 08/07/19 | MCKESSON PHARMACY SYSTEMS | 742.99 |
| 20045 | 08/07/19 | MOISES GIMENEZ | 6,665.00 |
| 20046 | 08/07/19 | S&L PHARMACY INC. | 3,750.00 |
| 20047 | 08/07/19 | S&L PHARMACY INC. | 447.88 |
| 20048 | 08/07/19 | DAWN MOSHIER | 9,339.01 |
| 20049 | 08/07/19 | RANDY JOHNSON | 1,000.00 |
| ACH | 08/08/19 | EXPONENT HR | 56,259.00 |

| | | | |
|---|---|---|---:|
| 20050 | 08/08/19 | DALLAS CLEANING SERVICES | 2,130.00 |
| ACH | 08/09/19 | EXPONENT HR | 10.66 |
| 20051 | 08/09/19 | SHUMIT PATEL | 4,117.38 |
| 20052 | 08/09/19 | PRUDENTIAL OVERALL SUPPLY | 2,712.19 |
| ACH | 08/12/19 | EXPONENT HR | 93.81 |
| ACH | 08/12/19 | EXPONENT HR | 5,305.86 |
| 20053 | 08/12/19 | HEALTH CARE LOGISTICS, INC. | 179.66 |
| 20054 | 08/12/19 | HEALTH CARE LOGISTICS-CIRCLEVILLE | 135.52 |
| 20055 | 08/12/19 | FLAVORX INC. | 274.00 |
| ACH | 08/13/19 | EXPONENT HR | 9,116.67 |
| ACH | 08/14/19 | EXPONENT HR | 21.32 |
| ACH | 08/14/19 | EXPONENT HR | 21.32 |
| ACH | 08/14/19 | EXPONENT HR | 4,391.46 |
| REV ACH | 08/14/19 | MCKESSON PHARMACY SYSTEMS | 86,583.19 |
| REV ACH | 08/14/19 | MCKESSON PHARMACY SYSTEMS | 3,333.13 |
| REV ACH | 08/14/19 | MCKESSON PHARMACY SYSTEMS | 34,520.08 |
| REV ACH | 08/14/19 | MCKESSON PHARMACY SYSTEMS | 193.16 |
| REV ACH | 08/14/19 | MCKESSON PHARMACY SYSTEMS | 64,639.56 |
| REV ACH | 08/14/19 | MCKESSON PHARMACY SYSTEMS | 341.55 |
| REV ACH | 08/14/19 | MCKESSON PHARMACY SYSTEMS | 13,829.20 |
| REV ACH | 08/14/19 | MCKESSON PHARMACY SYSTEMS | 508.38 |
| REV ACH | 08/14/19 | MCKESSON PHARMACY SYSTEMS | 16,221.76 |
| REV ACH | 08/14/19 | MCKESSON PHARMACY SYSTEMS | 248.15 |
| REV ACH | 08/14/19 | MCKESSON PHARMACY SYSTEMS | 36,355.82 |
| REV ACH | 08/14/19 | MCKESSON PHARMACY SYSTEMS | 68.75 |
| 20060 | 08/16/19 | EMERSON ECOLOGICS, LLC | 366.79 |
| 20061 | 08/20/19 | SAMUEL GRIFFITH | 141.67 |
| ACH | 08/21/19 | EXPONENT HR | 136,897.50 |
| 20062 | 08/21/19 | EMERSON ECOLOGICS, LLC | 713.36 |
| 20063 | 08/21/19 | HMPX | 8,234.78 |
| 20064 | 08/21/19 | S&L PHARMACY INC. | 3,948.62 |
| ACH | 08/22/19 | NEWPORT GROUP, INC. | 2,718.50 |
| ACH | 08/22/19 | BENEFIT WALLET | 1,566.09 |
| 20065 | 08/22/19 | ADT SECURITY SERVICES | 0.00 |
| 20066 | 08/22/19 | ADT SECURITY SERVICES | 0.00 |
| 20067 | 08/22/19 | ADT SECURITY SERVICES | 63.46 |
| 20068 | 08/22/19 | AT&T 5014 | 336.08 |
| 20069 | 08/22/19 | AT&T 105414 | 0.00 |
| 20070 | 08/22/19 | AT&T 105414 | 0.00 |
| 20071 | 08/22/19 | AT&T 105414 | 0.00 |
| 20072 | 08/22/19 | AT&T MOBILITY | 357.20 |
| 20073 | 08/22/19 | AT&T MOBILITY | 0.00 |
| 20074 | 08/22/19 | ATMOS ENERGY | 105.34 |
| 20075 | 08/22/19 | ATMOS ENERGY | 52.67 |
| 20076 | 08/22/19 | BARRACUDA NETWORKS, INC. | 159.90 |
| 20077 | 08/22/19 | CARENOW CORPORATE | 270.00 |
| 20078 | 08/22/19 | CITY OF DALLAS | 93.88 |
| 20079 | 08/22/19 | CITY OF DALLAS | 30.50 |
| 20080 | 08/22/19 | COMM-CORE LLC | 344.26 |
| 20081 | 08/22/19 | DOBSON TECHNOLOGIES | 135.00 |
| 20082 | 08/22/19 | FDS, Inc. | 123.79 |
| 20083 | 08/22/19 | FDS, Inc. | 107.75 |
| 20084 | 08/22/19 | FILE THIRTEEN | 70.00 |
| 20085 | 08/22/19 | GRAND TETON BOTTLING COMPANY | 58.46 |
| 20086 | 08/22/19 | GREEN MOUNTAIN ENERGY | 16.09 |
| 20087 | 08/22/19 | HARLEN JOHNSON HEATING AIR CONDITIONING | 139.64 |
| 20088 | 08/22/19 | JOHNSON CONTROLS SECURITY SOLUTIONS | 415.45 |
| 20089 | 08/22/19 | NET-RX | 580.00 |
| 20090 | 08/22/19 | OFFICE DEPOT CARD PLAN | 150.46 |
| 20091 | 08/22/19 | OFFICE DEPOT CARD PLAN | 417.70 |
| 20092 | 08/22/19 | OMNISYS, LLC | 247.27 |
| 20093 | 08/22/19 | OMNISYS, LLC | 242.56 |
| 20094 | 08/22/19 | PITNEY BOWES GLOBAL FINANCIAL SVCS LLC | 210.53 |
| 20095 | 08/22/19 | POLLOCK | 746.95 |
| 20096 | 08/22/19 | PROTEX SERVICE,INC | 107.71 |
| 20097 | 08/22/19 | QUENCH USA, INC | 189.45 |
| 20098 | 08/22/19 | RX MESSAGE ON HOLD | 654.00 |
| 20099 | 08/22/19 | SECURITY SYSTEMS & ENGINEERING, INC. | 60.00 |
| 20100 | 08/22/19 | SHRED-IT USA | 134.18 |
| 20101 | 08/22/19 | SHRED-IT USA | 581.38 |
| 20102 | 08/22/19 | TIME WARNER CABLE | 414.97 |
| 20103 | 08/22/19 | TIME WARNER CABLE | 162.46 |
| 20104 | 08/22/19 | TOG | 662.50 |
| 20105 | 08/22/19 | A BETTER ANSWER CALL CENTERS | 368.40 |
| 20106 | 08/22/19 | OKLAHOMA TAX COMMISSION | 100.00 |
| ACH | 08/26/19 | STATE COMPTROLLER | 8,948.90 |
| ACH | 08/26/19 | STATE COMPTROLLER | 726.37 |
| ACH | 08/26/19 | STATE COMPTROLLER | 52.00 |
| ACH | 08/26/19 | OKLAHOMA TAX COMMISSION | 371.52 |
| WIRE | 08/26/19 | MCKESSON PHARMACY SYSTEMS | 68,337.42 |

Case 19-32841-hdh11 Doc 151 Filed 01/31/20    Entered 01/31/20 14:50:09    Page 11 of 13

| | | | |
|---|---|---|---|
| WIRE | 08/26/19 | MCKESSON PHARMACY SYSTEMS | 4,533.52 |
| WIRE | 08/26/19 | MCKESSON PHARMACY SYSTEMS | 55,248.62 |
| WIRE | 08/26/19 | MCKESSON PHARMACY SYSTEMS | 146.60 |
| WIRE | 08/26/19 | MCKESSON PHARMACY SYSTEMS | 79,913.62 |
| WIRE | 08/26/19 | MCKESSON PHARMACY SYSTEMS | 390.86 |
| 20107 | 08/27/19 | ULINE | 5,585.20 |
| 20108 | 08/27/19 | ULINE | 2,335.34 |
| 20109 | 08/27/19 | ULINE | 473.67 |
| 20110 | 08/27/19 | SHUMIT PATEL | 4,899.58 |
| 20111 | 08/27/19 | MEDISCA, INC. | 2,338.89 |
| 20112 | 08/27/19 | MEDISCA, INC. | 8,901.75 |
| ACH | 08/28/19 | MICROSOFT CORPORATION | 910.50 |
| REV ACH | 08/28/19 | MCKESSON PHARMACY SYSTEMS | 66,319.43 |
| REV ACH | 08/28/19 | MCKESSON PHARMACY SYSTEMS | 2,671.61 |
| REV ACH | 08/28/19 | MCKESSON PHARMACY SYSTEMS | 60,803.65 |
| REV ACH | 08/28/19 | MCKESSON PHARMACY SYSTEMS | 61.03 |
| REV ACH | 08/28/19 | MCKESSON PHARMACY SYSTEMS | 91,709.75 |
| REV ACH | 08/28/19 | MCKESSON PHARMACY SYSTEMS | 688.54 |
| 20113 | 08/28/19 | CHRIS E. MANSCHRECK, D.O. | 1,100.00 |
| 20114 | 08/28/19 | RANDY JOHNSON | 5,000.00 |
| 20115 | 08/28/19 | STEWART EDINGTON | 3,500.00 |

# EXHIBIT B

# SOFA NO. 4

Case 19-32341-hdh11 Doc 151 Filed 01/31/20 Entered 01/31/20 14:50:09 Page 13 of 13

<span style="color:red">CONFIDENTIAL</span>

| Board of Directors | | DPI (DE) Payments | |
|---|---|---|---|
| Troy D. Phillips | Chairman of the Board (approx. 17% owner) | $1,000 | Director Fees |
| James C. Leslie | Board Member (approx. 8% owner) | $45,000 | Interim CEO Salary |
| Anthony J. LeVecchio | Board Member | $500 | Director Fees |
| William J. Cureton | Board Member | $1,000 | Director Fees |
| Joshua K. Womack | Board Member | | |
| Joseph J. Flynn | Board Member | | |
| Stewart I. Edington | Board Member | | |
| Shumitbhai C. Patel | Board Member | | |

| Leadership Team | | DHI Payments | | DHI Payments | |
|---|---|---|---|---|---|
| Stewart I. Edington | President & CEO | 139757 | Salary to Date | 120513 | Expense + Trade Reimbursement |
| Shumitbhai C. Patel | Sr. Director of Finance & Administration | 122931 | Salary to Date | 227399 | Expense + Trade Reimbursement |