

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 17, 2020**

*/s/ Harlin DeWayne Hale*
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 19-32841-hdh |
| **DOUGHERTY'S HOLDINGS, INC.,** *et al.*,[1] | § | |
| | § | Chapter 11 |
| Debtors. | § | Jointly Administered |

### ORDER GRANTING PRONSKE & KATHMAN, P.C.'S
### FIRST AND FINAL FEE APPLICATION FOR COMPENSATION
### AND FOR REIMBURSEMENT OF EXPENSES

Upon consideration of the First and Final Fee Application for Compensation and for Reimbursement of Expenses (the "**Fee Application**") [Docket No. 211] filed by Pronske & Kathman, P.C. ("**P&K**"), in its capacity as counsel for the Debtors, and the record developed at the hearing on the Fee Application, this Court finds that good cause exists for entry of this Order and concludes that such Fee Application should be granted on a final basis, that Application has

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtors' federal tax identifications number, are as follows: Dougherty's Holdings, Inc. (4393), Dougherty's Pharmacy, Inc. [Texas] (3187), Dougherty's Pharmacy Forest Park, LLC (6490); Dougherty's Pharmacy McAlester, LLC (1758); Dougherty's Pharmacy, Inc [Delaware] (0905).  The mailing address for the Debtors, solely for purposes of notices and communications, is: 5959 Royal Lane, Suite 515, Dallas, Texas 75230, with copies to Pronske & Kathman, P.C., c/o Gerrit M. Pronske, 2701 Dallas Parkway, Suite 590, Plano, Texas 75093.

not represented any person or party other than the Debtors in any matter arising in or in any way related to this bankruptcy proceeding, that the fees approved herein were reasonable and necessary as required under 11 U.S.C. § 330, and that good cause exists for entry of this Order as set forth below. It is therefore,

**ORDERED** that the Fee Application is **GRANTED** on a final basis in the total sum of **$247,242.34**, which amount represents total allowed fees for services rendered in the amount of **$225,464.00** and total reimbursable expenses in the amount of **$21,778.34**; and it is further

**ORDERED** that the Debtors are authorized to pay outstanding fees and expenses in the amount of **$3,771.14** to Applicant within ten (10) days of the entry of this Order.

### # # # END OF ORDER # # #

PREPARED BY:

Gerrit M. Pronske
State Bar No. 16351640
Jason P. Kathman
State Bar No. 24070036
**PRONSKE & KATHMAN, P.C.**
2701 Dallas Parkway, Suite 590
Plano, Texas 75093
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepc.com
Email: jkathman@pronskepc.com

**COUNSEL FOR THE DEBTOR
AND DEBTOR-IN-POSSESSION**