CASE NAME:
**Dougherty's Pharmacy, Inc. [Texas]**

CASE NUMBER:
**19-32842-hdh11**

UNITED STATES BANKRUPTCY COURT

NORTHERN AND EASTERN DISTRICTS

DALLAS AND TYLER DIVISONS

FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILEMENT

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

RESPONSIBLE PARTY:

Original Signature of Responsible Party _____ *[signed]* _____

Printed Name of Responsible Party _____ Terry DeWitt _____

Title _____ Manager _____

Date _____ 12/21/2020 _____

PREPARER:

Original Signature of Preparer _____

Printed Name of Preparer _____

Title _____

Date _____

POST CONFIRMATION
QUARTERLY OPERATING REPORT

CASE NAME:
**Dougherty's Pharmacy, Inc. [Texas]**

CASE NUMBER:
**19-32842-hdh11**

QUARTER ENDING: 10/31/2020 *

| | | | |
|---|---|---|---:|
| 1 | BEGINNING OF QUARTER CASH BALANCE: | | $50,072.18 |
| | CASH RECEIPTS: | | |
| | CASH RECEIPTS DURING CURRENT QUARTER: | | |
| | (a). Cash receipts from business operations | + | $0.00 |
| | (b). Cash receipts from loan proceeds | + | $0.00 |
| | (c). Cash receipts from contributed capital | + | $0.00 |
| | (d). Cash receipts from tax refunds | + | $0.00 |
| | (e). Cash receipts from other sources | + | $0.00 |
| 2 | TOTAL CASH RECEIPTS | = | $0.00 |
| | CASH DISBURSEMENTS: | | |
| | (A). PAYMENTS MADE UNDER THE PLAN: | | |
| | (I). Administrative | + | $0.00 |
| | (2). Secured Creditors | + | $0.00 |
| | (3). Priority Creditors | + | $0.00 |
| | (4). Unsecured Creditors | + | $0.00 |
| | (5). Additional Plan Payments | + | $0.00 |
| | (B). OTHER PAYMENTS MADE THIS QUARTER: | | |
| | (1). General Business | + | $0.00 |
| | (2). Other Disbursements | + | $0.00 |
| 3 | TOTAL DISBURSEMENTS THIS QUARTER | | $0.00 |
| 4 | CASH BALANCE END OF QUARTER  (as of 10/31/2020) | = | $4,921.12 |

\* Per the Plan of Reorganization and by agreement of the United States Trustee, this entity has been administered in full as of April 21,2020 and shall owe the UST only the minimum post-confirmation quarterly fee.  The Litigation Trust shall be responsible for filing QORs or supplements to the Debtor's reports and for paying applicable post-confirmation quarterly fees owed to the UST in any quarter in which it makese disbursements.