**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: Dougherty's Holdings, Inc. | § § § § | CHAPTER 11 |
| DEBTOR(S) | § | CASE NO.: 19-32841-11 |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

      Now comes Dallas County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case.  Dallas County filed its secured claim on or about December 13, 2019, in the amount of $271.53, which claim is designated as claim number 1 on the claims register.  That claim is no longer owed by the Debtor(s).  Therefore, Dallas County hereby withdraws its claim 1.

**CERTIFICATE OF SERVICE**

I hereby certify that on ____29th____ day of ____September_____, 2021, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway Suite 1000
Dallas, TX 75207
(214) 880-0089 - *Telephone*
(469) 221-5002 - *Fax*
Email: Dallas.Bankruptcy@lgbs.com

      By: /s/Elizabeth Weller_____
           Elizabeth Weller, Attorney
           Texas Bar No. 00785514
           Laurie A. Spindler, Attorney
           Texas Bar No. 24028720
           Sherrel K. Knighton, Attorney
           Texas Bar No. 00796900