**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: **Dougherty's Holdings, Inc.** § § § § DEBTOR(S) § | | CHAPTER 11<br><br><br><br>CASE NO.: **19-32841-11** |

**NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE**
**CLAIM AND REQUEST FOR PAYMENT**

     Now comes **Dallas County**, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its Administrative Expense Claim and Request for Payment in this case. **Dallas County** filed its administrative claim on or about **January 3, 2020**, in the amount of **$222.23** which is designated as claim number **25** on the claims register. That claim is no longer owed by the Debtor(s). Therefore, **Dallas County** hereby withdraws its claim.

**CERTIFICATE OF SERVICE**

I hereby certify that on __29th__ day of __September__, 2021, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy Ste 1000
Dallas, TX  75207
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By: _/s/ Elizabeth Weller_____
  Elizabeth Weller, Attorney
  Texas Bar No. 00785514
  Laurie A. Spindler, Attorney
  Texas Bar No. 24028720
  Sherrel K. Knighton, Attorney
  Texas Bar No. 00796900